# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4027
_____

TERRI MITCHELL,

   Appellant,

v.

NORTHWEST FLORIDA
INVESTMENTS, INC. d/b/a EXIT
REALTY N.F.I.,

   Appellee.
_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 7, 2018

PER CURIAM.

   DENIED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Terri Mitchell, pro se, Appellant.

Kerry Ann Schultz of Fountain, Schultz & Associates, P.L., Navarre, for Appellee.